JOSEPHINE BOWEN WANSTALL, as Executrix of FRANCES M. BOWEN, Deceased, Respondent, *v.* THE PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Appellant.

*Bowen* v. *Preferred Acc. Ins. Co.,* 82 App. Div. 458, appeal dismissed.

(Submitted June 1, 1903; decided June 5, 1903.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 12, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that there was no question of law presented for review.

32

*Edmund F. Driggs* for motion.

*Wilson & Wallis* opposed.

Motion granted, with costs in this court and ten dollars costs of motion.